# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SONYA MULDROW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 01-2537 (ESH) |
| | ) |
| **RE-DIRECT, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for a New Trial or Judgment Notwithstanding the Verdict [#80] is **DENIED**.

                                                             s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date:  October 27, 2005