UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SONYA MULDROW,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 01-2537 (ESH)** |
| | ) | |
| **RE-DIRECT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff is entitled **$398,490.75** in attorneys fees and **$22,528.30** in costs that are not taxable under Fed. R. Civ. P. 54(d)(1) and Local Rule 54.1.

                                                                                                                                                   s/
                                                    ELLEN SEGAL HUVELLE
                                                    United States District Judge

Date: October 27, 2005